**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **In re: John Bernard DeSisto and Jeania Crowley DeSisto,** | § § | |
| | § | Case No. 08-34560-HR-7 |
| **Debtor.** | § | **(Chapter 7)** |

## ORDER TO DISBURSE UNCLAIMED FUNDS

1. This Order pertains to these unclaimed funds:

| | |
|---|---|
| Amount deposited in registry | $37,656.71 |
| Original Claimant's Name | Estate of Frances Prather Owens, Deceased |
| Original Claimant's current address | C/O Terrance P. Baggott<br>820 Richmond Avenue, Suite B<br>Houston, Texas 77006 |

2. The Clerk is directed to pay the unclaimed funds referenced in paragraph 1 to:

| Mark One | **Pay to:** |
|---|---|
| ☐ | The Original Claimant at the address shown in paragraph 1. *(This option must be used if paid pursuant to Bankruptcy Local Rule 3011-1(c) or 3011-1(d).)* |
| ☐ | The Original Claimant, but mailed c/o _____. *(This option may be used only pursuant to Bankruptcy Local Rule 3011-1(e).)* |
| X | Payee:   Terrance P. Baggott, Trustee<br>Address: 820 Richmond Avenue, Suite B<br>           Houston, Texas 77006<br>(*This option may be used only (i) pursuant to Bankruptcy Rule 3011-1(f); or (ii) if Applicant is a representative of a deceased claimant's estate.*) |

SPACE BELOW RESERVED FOR JUDGE'S SIGNATURE