FILED
3/3/2021 4:37 PM
Teneshia Hudspeth
County Clerk
Harris County - County Probate Court No. 2
Accepted By: CC

NO. 492563

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE PROBATE COURT |
| | § | |
| IN THE ESTATE OF | § | No. |
| | § | |
| FRANCES PRATHER OWENS | § | HARRIS COUNTY, TEXAS |
| DECEASED | § | Post  03/04/2021 |

## APPLICATION FOR INDEPENDENT ADMINISTRATION OF INTESTATE ESTATE BY AGREEMENT AND LETTERS OF INDEPENDENT ADMINISTRATION

IRIS PRATHER SPEED ("Applicant") furnishes the following information to the Court concerning the Estate of FRANCES PRATHER OWENS, Deceased ("Decedent") and for issuance of letters of Independent Administration to Applicant:

1. Applicant Iris Prather Speed is an individual interested in this estate the last four digits of her Driver's License are 2834 and the last four digits of her Social Security are 8762, Applicant is domiciled in and residing at 3128 Avenue Q, Galveston, Texas 77550 is entitled to Letters of Independent Administration, is not disqualified by law, and is Decedent's sister.

2. Decedent, FRANCES PRATHER OWENS died intestate on DECEMBER 17, 2014, at the age of Eighty Two (82) years.

3. Decedents was married three times:

    1st Marriage to John Seidler on March 4, 1948 which ended in divorce on July 7, 1969.

    2nd Marriage to Harvey Thompson on February 2, 1975 which ended in divorce in or around 1977.

    3rd Marriage to PAT WINSTON OWENS, on September 14, 1979 and Decedent was still married at the time of her death. Pat Winston died on June 26, 2018.

4. This Court has jurisdiction and venue because the sole asset arises out of suit filed by Decedent in 1989, in Harris County Texas, in connection with the sale of a business Decedent owned prior to the  marriage to Pat Winston Owens and out of the proceeds

of a Case in 2008 in the Bankruptcy Case in Southern District, Houston Division. The Bankruptcy Trustee did not obtain funds until 2020, from undisclosed asset in a Judgement Debtor's Bankruptcy. The Decedents proceeds from the Bankruptcy Case are $37,656.71.

5. The name, age, addresses, and relationship to Decedent of each heir is as follows:

| | |
|---|---|
| **Helen South - Sister**<br>218 Kyle Bend #5<br>Clute, TX 77531<br>DOB: January 28, 1934<br>979-265-2728 | 25% |
| **Dana Henderson –Sister**<br>3128 Avenue Q<br>Galveston, TX 77550<br>DOB: October 14, 1936<br>706-910-7968 | 25% |
| **John Prather – Brother**<br>6042 CR 143<br>Leona, TX 75850<br>DOB: September 2, 1942<br>903-344-1559<br>franip02@yahoo.com | 25% |
| **Iris Speed – Sister**<br>3128 Avenue Q<br>Galveston, TX 77550<br>DOB October 28, 1944<br>Cell 409-3924587<br>Home 409-762-3042<br>ispeed@sbcglobal.net | 25% |

6. The Decedent had one child John Louie Seidler Jr. Born August 14, 1950 who died on August 16, 1975. No child or children were adopted by Decedent.

7. A necessity exists for the Administration of this estate.

8. Applicant requests that the Court appoint Applicant to serve without bond or other security as Independent administrator. Applicant would not be disqualified by law from serving as such or from accepting letters of Independent Administration, and Applicant would be entitled to such letters.

9. All Decedent's distributees agree on the advisability of having an Independent Administration, collectively designate Applicant to serve as Independent Administrator, and request that no other action shall be had in this Court in relation to the settlement of Decedent's estate other than the return of an inventory, appraisement, and list of claims or affidavit in lieu of inventory.

10. Applicant requests that the Court grant the Independent Administrator general authority to sell property without the further consent of Decedent's distributees. All Decedent's distributees agree to this request.

11. An application to declare heirship, motion to appoint attorney ad litem, and each distributees consent will be filed with the clerk of this Court.

Applicant prays that citation issue as required by law to all persons interested in this estate; that Applicant be appointed Independent Administrator of this estate; that the Independent Administrator be granted general authority to sell property without the consent of Decedent's distributees; that letters of Independent Administration be issued to Applicant; that appraisers not be appointed; and that all other orders be signed as the Court may deem proper.

Respectfully submitted,

BAGGOTT & DAVIS, LLP

By: _____

TERRANCE P. BAGGOTT
State Bar No. 01511500
820 Richmond Avenue, Suite B
Houston, Texas 77006
Phone: (713) 529-2727
Fax: (713) 529-4289
law@baggottdavis.com

ATTORNEY FOR APPLICANT,
IRIS PRATHER SPEED